UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:16-cv-12635-NMG

ANDRES RAMON MELO,

    Plaintiff,

vs.

BYRNE C. EMMETT SR.,

    Defendant.

_____/

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby provides this notice of voluntary dismissal of this action without prejudice, with each party to bear their own attorney's fees and costs with respect to this action.

Dated this 22nd day of March, 2017.

Respectfully submitted,

By:    /s/Edward N. Garno, Esq.
Edward N. Garno, Esq.
147 Central Street, Suite 213
Lowell, Massachusetts 01852
Telephone: (978) 687-7805
Facsimile: (978) 446-1311
E-mail: nedgarno@hotmail.com
Massachusetts Bar No.: 564378
Counsel for Plaintiff

By:    /s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: None.

I HEREBY CERTIFY that on March 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants:

EMMETT C. BYRNE, SR.
c/o Thomas H. Byrne
7 Frances Hill Rd.
Westford, MA 01886

By: /s/Todd W. Shulby, Esq.
For Todd W. Shulby, P.A.